IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BROADCAST MUSIC INC.; HOUSE OF CASH, INC.; WARNER-TAMERLANE PUBLISHING CORP.; ELEKSYLUM MUSIC, INC.; NO SURRENDER MUSIC, A DIVISION OF PRAXIS INTERNATIONAL COMMUNICATIONS, INC.; COTILLION MUSIC, INC.; MUSCLE SHOALS SOUND PUBLISHING CO., A DIVISION OF NORTHSIDE PARTNERS; and PEERMUSIC III LTD.,

    Plaintiffs,

v.

PINK HEIFER LLC d/b/a PINK HEIFER SALOON & SMOKEHOUSE, YO FOX and LAUREN FOX,

    Defendants.

ORDER FOR JUDGMENT

24-cv-421-wmc

---

This matter came before the court on plaintiffs' motion for default judgment on January 8, 2025, at which defendants again failed to appear. Having considered plaintiffs' pleadings, affidavits and memorandum, IT IS ORDERED that:

1. Plaintiffs' Motion for Default Judgment against defendants Pink Heifer LLC, Yo Fox and Lauren Fox is GRANTED based on defendants knowing and intentional infringement on copyrights of four (4) musical compositions owned and/or licensed by plaintiffs.

2. Plaintiffs are AWARDED against defendants Pink Heifer LLC, Yo Fox and Lauren Fox, jointly and severally, statutory damages in the amount of $3,735 for each of the four (4) musical compositions, for a total of $14,940 under 17 U.S.C. § 504(c)(1).

1

3. Plaintiffs are further AWARDED against defendants Pink Heifer LLC, Yo Fox and Lauren Fox, jointly and severally, the statutory costs in this action and reasonable attorneys' fees in the amount of $4,114.00 under 17 U.S.C. § 503.

4. Plaintiffs SHALL also recover from defendants Pink Heifer LLC, Yo Fox and Lauren Fox, jointly and severally, interest under 28 U.S.C. § 1961 on the full amount of this award from the date of judgment.

5. Defendants Pink Heifer LLC, Yo Fox and Lauren Fox, and their agents, servants, employees, and other persons purporting to act with their permission or authority, shall be PERMANENTLY ENJOINED AND RESTRAINED from knowingly infringing, in any manner, with the copyrighted musical compositions licensed by Broadcast Music, Inc.

6. This court shall retain jurisdiction over this action for the purpose of enforcing this judgment.

Entered this 8th day of January, 2025.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge