IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BROADCAST MUSIC INC.; HOUSE OF CASH, INC.; WARNER-TAMERLANE PUBLISHING CORP.; ELEKSYLUM MUSIC, INC.; NO SURRENDER MUSIC, A DIVISION OF PRAXIS INTERNATIONAL COMMUNICATIONS, INC.; COTILLION MUSIC, INC.; MUSCLE SHOALS SOUND PUBLISHING CO., A DIVISION OF NORTHSIDE PARTNERS; and PEERMUSIC III LTD.,

    Plaintiffs,

v.

PINK HEIFER LLC d/b/a PINK HEIFER SALOON & SMOKEHOUSE, YO FOX and LAUREN FOX,

    Defendants.

PERMANENT INJUNCTION

24-cv-421-wmc

---

IT IS ORDERED that defendants PINK HEIFER LLC d/b/a PINK HEIFER SALOON & SMOKEHOUSE, YO FOX and LAUREN FOX and their agents, servants, employees, and other persons purporting to act with their permission or authority, shall be PERMANENTLY ENJOINED AND RESTRAINED from knowingly infringing, in any manner, with the copyrighted musical compositions licensed by Broadcast Music, Inc.

Entered this 8th day of January, 2025.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge

1